Manuel Hernandez - C.V.S.P.
FULL NAME

B-4, Cube 4, 4-Low, P.O. Box 2349
COMMITTED NAME (if different)

Blythe, Ca. 92226
FULL ADDRESS INCLUDING NAME OF INSTITUTION

AB-3299
PRISON NUMBER (if applicable)

**FILED**
CLERK, U.S. DISTRICT COURT
12/09/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: AP    DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
NOV 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Manuel Hernandez

PLAINTIFF,

v.

DR.
S. Murakonda (physician & Surgeon);
J. Michael Lee, CME at
C.V.S.P.

DEFENDANT(S).

CASE NUMBER
ED CV14 - 02380 JFW (PJW)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A.  PREVIOUS LAWSUITS**

N/S

1.  Have you brought any other lawsuits in a federal court while a prisoner? ☐ Yes ☒ No

**RECEIVED**
CLERK, U.S. DISTRICT COURT
NOV 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

2.  If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)  I was suffering pain in Abdomen, the pain was so severe and undetected by Medical staff that an emergency Laparoscopy was performed January of 2011. shortly after the surgery I continued to suffer pain. Only this time I was transfered to chuckawalla Valley State Prison from _____. I informed the medical staff at C.V.S.P. specifically Dr.

S. Murakonda that I had severe pain that as a result of my appendix removal triggered a plethora of severe effects. the pain is now in my Lower quad region of my abdomen, radiates To my testicles, down to my thigh, then to my leg. After repeatedly stating this to my primary care physician, she inquired deeply into my concern and brought it to the attention of her co-worker. Dr. J. Michael Lee (CME). Chief Medical executive. He is responsible for referring patients To outside doctors where a more viable solution can be made. e.g. Request or suggestion for surgery. Dr. J. Michael Lee denied any further evaluations, Even after the fact I still suffer pain. which is prohibited under the 8th Amendment of the US. Constitution under cruel & unusual punishment.

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No  July 7, 2014.

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff  Manuel Hernandez
(print plaintiff's name)

who presently resides at C.V.S.P., Building 4, Cubey, 4-Low. P.O. Box 2349 Blythe, Ca. 92226
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Chuckawalla Valley State Prison 19025 Wiley's Well Rd.
(institution/city where violation occurred)
Blythe, Ca. 92226.

on (date or dates) ___3/28/2014 -present___ , _____ , _____
　　　　　　　　　　(Claim I)　　　　　　　　　(Claim II)　　　　　　　　(Claim III)

**NOTE:**　　You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.　Defendant　___S. Murakonda, physician & surgeon (female)___ resides or works at
　　　　　　　　　(full name of first defendant)
　　___19025 Wileys Well Rd. Blythe, Ca. 92226___
　　　　(full address of first defendant)
　　___Physician & surgeon___
　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law: ___Defendant knew or should of known___
___that her conduct, attitudes and actions created an unreasonable___
___risk of serious harm to plaintiff. In violation of 42 USC. 1983.___

2.　Defendant　___J. Michael Lee___ resides or works at
　　　　　　　　　(full name of first defendant)
　　___19025 Wileys Well Rd. Blythe, Ca. 92226___
　　　　(full address of first defendant)
　　___Chief Medical Executive.___
　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law: ___the actions and conduct of___
___defendant demonstrated deliberate indifference to plaintiff's 8th___
___Amendment rights that his actions created an unreasonable risk of serious___
___harm to plaintiff.___

3.　Defendant　_____ resides or works at
　　　　　　　　　(full name of first defendant)
　　_____
　　　　(full address of first defendant)
　　_____
　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____
_____

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Defendants violated plaintiffs rights to be free from cruel and unusual punishment guaranteed by plaintiff by the Eighth Amendment of the United States Constitution. Defendants wrongful actions alleged herein are in violation herein of 42 U.S.C. 1983 because they have deprived plaintiff of rights, benefits, privileges, secured by the United States Constitution. And as the result of continuing to deny further medical evaluations and further surgery, plaintiff will continue to suffer injuries in the form of pain, and suffering, emotional distress and other unforeseen injuries, thus causing deliberate indifference to serious medical needs. plaintiffs 8th Amendment to the U.S. Constitution right, protects prisoners not only from inhumane methods of punishment but also inhumane conditions of confinement. Morgan v. Morgensen, 465 F.3d 1041, 1045 (9th Cir. 2004).

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Dr. Murakonda, although did submit a repeat request for General Surgery consultations, she failed to detect the continuing pain I still have in my abdomen After the 2011 laparoscopy performed in 2011. Dr. Murakonda could have scheduled a surgery, after all her title is physician and surgeon, she could of easily scheduled a MRI in order to prevent the pain I still have, but never did.    Dr. J. Michael Lee, the prisons Chief Medical Executive who in his capacity has the power vested in him to approve Medical warranted surgeries denied plaintiff any further consultations to rule out whether or not surgery was necessary in order to relieve the ongoing pain, declined any further review, of plaintiffs chief complaints. plaintiff alleges that because both parties have authorization to approve and perform surgeries medically necessary they both have disregarded plaintiffs ongoing pain complaints.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1.) Issue a declaratory judgment that the defendant's actions complained of herein violate plaintiff's rights under the U.S. Constitution.

2.) Award plaintiff monetary damages, compensatory and punitive, in an amount to be determined by trial;

3.) Award plaintiff the costs of the suit and reasonable attorney's fees; and

4.) Grant plaintiff such other and further relief as the court deems just and proper.

_____          _____
(Date)                                          (Signature of Plaintiff)

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


## Institution Response for First Level HC Appeal

**Date:**   3/18/2014

**To:**   HERNANDEZ, MANUEL (AB3299)
B  004 1004004L
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226

**Tracking/Log #:**   CVSP HC 14008701

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 3/3/2014, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:**  Referral ( Pain Management ) | Requesting to be referred to specialist for pain management or surgery for abdominal pain. |

**Interview:**
You were interviewed by S. Murakonda, Physician and Surgeon, on 03/14/2014 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:**

The First Level Appeal, received on 3/3/2014 indicated you arrived at CVSP in December of 2013 suffering from continuous abdominal pain as a result of an emergency laparoscopy performed January of 2011. You are requesting to see a specialist or doctor who can help manage the pain through physical therapy or medication.

The response stated you were interviewed and medically evaluated by Dr. Murakonda. She has submitted a repeat request for a General Surgery consultation. Dr. Murakonda has adjusted your medication and has ordered laboratory testing.
At the First Level of Review this appeal was Partially Granted.

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Partially Granted.

S. Murakonda, MD

S. Murakonda, M.D.
Physician & Surgeon
Chuckawalla Valley State Prison



 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


**Health Care Appeal Assignment Notice**
**Second Level HC Appeal**

**Date:**   4/17/2014

**To:**   HERNANDEZ, MANUEL (AB3299)
B  004 1004004L
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226

**Tracking/Log #:**   CVSP HC 14008701
**Appeal Level:**     Second
**Due Date:**         5/29/2014

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response.
If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care
Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Long, J.
Health Care Appeals Coordinator
Health Care Appeals Office
Chuckawalla Valley State Prison



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institution Response for First Level HC Appeal

**Date:**   3/18/2014

**To:**   HERNANDEZ, MANUEL (AB3299)
B  004 1004004L
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226

**Tracking/Log #:**   CVSP HC 14008701

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 3/3/2014, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Referral ( Pain Management ) | Requesting to be referred to specialist for pain management or surgery for abdominal pain. |

**Interview:**
You were interviewed by S. Murakonda, Physician and Surgeon, on 03/14/2014 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:**

The First Level Appeal, received on 3/3/2014 indicated you arrived at CVSP in December of 2013 suffering from continuous abdominal pain as a result of an emergency laparoscopy performed January of 2011. You are requesting to see a specialist or doctor who can help manage the pain through physical therapy or medication.

The response stated you were interviewed and medically evaluated by Dr. Murakonda. She has submitted a repeat request for a General Surgery consultation. Dr. Murakonda has adjusted your medication and has ordered laboratory testing.
At the First Level of Review this appeal was Partially Granted.

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Partially Granted.

S. Murakonda, MD

S. Murakonda, M.D.
Physician & Surgeon
Chuckawalla Valley State Prison





# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Health Care Appeal Assignment Notice**
**Second Level HC Appeal**

**Date:** 4/17/2014

**To:** HERNANDEZ, MANUEL (AB3299)
B  004 1004004L
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226

**Tracking/Log #:**  CVSP HC 14008701
**Appeal Level:**  Second
**Due Date:**  5/29/2014

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Long, J.
Health Care Appeals Coordinator
Health Care Appeals Office
Chuckawalla Valley State Prison

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institution Response for Second Level HC Appeal

**Date:**   4/21/2014

**To:**   HERNANDEZ, MANUEL (AB3299)
B  004 1004004L
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226

**Tracking/Log #:**   CVSP HC 14008701

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 4/17/2014, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue  1:** Referral ( Pain Management ) | Requesting to be referred to specialist for pain management or surgery for abdominal pain. |

**Interview:**
You were interviewed by S. Murakonda, Physician and Surgeon, on 03/14/2014 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:**
The First Level Appeal, received on 3/3/2014 indicated you arrived at CVSP in December of 2013 suffering from continuous abdominal pain as a result of an emergency laparoscopy performed January of 2011. You are requesting to see a specialist or doctor who can help manage the pain through physical therapy or medication.

The response stated you were interviewed and medically evaluated by Dr. Murakonda. She has submitted a repeat request for a General Surgery consultation. Dr. Murakonda has adjusted your medication and has ordered laboratory testing.
At the First Level of Review this appeal was Partially Granted.

The Second Level Appeal, received on 4/17/2014 indicated on 03/28/2014, Dr. Murakonda called you into her office to inform you that her request for you to see the General Surgeon had been denied. You are again requesting to see a surgeon and a pain specialist and for your medication to be adjusted to twice daily.
The response from J. Michael Lee, Chief Medical Executive, states:
Mr. Hernandez,

You have been evaluated by a specialist for your complaint previous to your transfer to Chuckawalla Valley State Prison. Your primary care provider has been offering you effective non surgical treatments which have had some success.  There is no current indication for a more aggressive surgical approach to your symptoms. Your yard physician is trained in chronic pain management and you may want to review the guidelines available in the law library. Please continue to consult with your yard physician and be open to the recommendations prescribed to you. I hope this is helpful.

At the Second Level of Review this appeal was Denied.

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

M.HERNANDEZ, AB3299
CVSP HC 14008701
Page 2 of 2

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Denied.

J. Michael Lee, M.D.
Chief Medical Executive
Chuckawalla Valley State Prison



RECEIVED
OTLA-HC
APR 2 8 2014
HC. APPEALS



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** JUL 0 7 2014

**To:** HERNANDEZ, MANUEL (AB3299)
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226

**From:** California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :** CVSP HC 14008701

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting:

- To visit a specialist or doctor who can help manage the pain through physical therapy or controlled prescription medication.
- For your current medication venlafaxine to be prescribed twice daily, morning and evening, while alternative treatment is being reviewed.
- To consult with a doctor who specializes in nerve damage to see how it can be surgically repaired.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:

- You have received ongoing Primary Care Provider (PCP) follow up evaluation and treatment for your history of lower quadrant abdomen pain symptoms status post laparoscopic appendectomy in 2011, with subsequent computed tomography scan and abdominal x-ray, both reported as normal; physical medicine & rehabilitation (PM&R) specialist consultation on May 1, 2014; physical therapy evaluation on June 18, 2014, with recommendation for additional sessions to treat abdomen scar area pain symptoms; and an active order for venlafaxine, 112.5 milligrams (increased since your original appeal submittal) every evening.
- On June 10, 2014, you were most recently evaluated by the PCP who noted chronic abdomen wall pain assessed as stable and you are doing well. The PCP did not document current medical indication for specialist evaluation for consideration of surgery.

California Correctional Health Care Services (CCHCS) medical care providers are trained and capable of providing care for patient-inmates with pain. CCHCS's Pain Management Guidelines were adopted to

standardize the effective assessment, treatment, and management of patient-inmates with acute and chronic pain. It is generally not possible to relieve all pain in patient-inmates with chronic pain. The goal of treatment is to maximize function while avoiding the serious side effects of the stronger pain medications and/or procedures.

While the health care administrative appeals process is an important means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other medical facilities or staff, input from medical consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

**RULES AND REGULATIONS:**

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**

No changes or modifications are required by the institution.

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CVSP | HC 14008701 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez, MANUEL | AB3299 | B4-4-4L | A BE II-500 |

**A.   Continuation of CDCR 602, Section A only (Explain your issue):** ongoing problem but became intolerable in October 2013. I have a constant hot, intense pain radiating from my lower abdominal area through to my groin. Sometimes the muscles contract and I end up doubling over when they go rigid. At Jamestown a doctor tried to lessen the pain but the fix was temporary. When I first spoke with Dr. Murakonda about possibly surgically repairing the damage to my abdomen she stated I would have to live with the pain. She has tried giving me medication but she admits she cannot prescribe anything stronger. Right now I was prescribed 37.5 mg of venlafaxine (Effexon) which does lessen the burning sensation temporarily. I asked Murakonda about talking to a pain management specialist or a surgeon but she stated "We don't do that here," and that there was nothing more she could do to help correct the problem. After examining my medical file she agrees I do have a problem created by the laparoscopy. I am in constant pain everyday and it disrupts my sleep and ability to function daily sometimes.

Inmate/Parolee Signature: *Manuel Hernandez*   Date Submitted: 02.22.14

**B.   Continuation of CDCR 602, Section B only (Action requested):** (37.5 mg x 2) while alternative treatment is being reviewed. I would like to consult with a doctor who specializes in nerve damage to see how it can be surgically repaired. Thank you

Inmate/Parolee Signature: _____   Date Submitted: _____

RECEIVED
MAR - 3 2014
HC APPEALS

APR 17
HC APPEALS

COMPLETED
I CAB
JUL - 0 7 2014
HC APPEALS

RECEIVED
OTLA-HC
APR 28 2014
HC APPEALS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

Case 5:14-cv-02380-JEW-AFM   Document 3   Filed 12/09/14   Page 16 of 25   Page ID #:140

Side

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

Inmate/Parolee Signature: _____          Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** CVSP a specialist referral was made at CVSP based upon CCR 3350(a), which is precisely contrary to the rationale in the Second Level APPEAL response. CVSP medical is routinely disapproving the doctor's referral for financial reasons at the expense of the patient.

I am in constant pain; I cannot perform basic major life activities without severe pain, and my condition is minimally responsive to the medication. There has been no determination as to when and if my condition will improve, and or, if left untreated, whether a severe limitation of fuction will increase, CF 3350(b)(5).

Inmate/Parolee Signature: Manuel Hernandez          Date Submitted: 4/23/14

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## PATIENT/INMATE HEALTH CARE APPEAL
CDCR 602 HC (REV. 04/11)

Side 1

| STAFF USE ONLY | | | | | |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes ☐ No | Institution: CVSP | Log #: HC 14008701 | Category: | |
| Signature: | Date: | | FOR STAFF USE ONLY | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): HERNANDEZ, MANUEL | CDC Number: AB3299 | Unit/Cell Number: B4-4-4L | Assignment: ABE II 500 |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
SEE A PAIN DOCTOR/SURGEON

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I arrived at CVSP in December of 2013 suffering from continuous abdominal pain as a result of an emergency laproscopy performed January of 2011. The pain has been a constant

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I am requesting to visit a specialist or doctor who can help manage the pain through physical therapy or controlled prescription medication. I would like the current venlafaxine (Effexon) to be prescribed twice daily—morning and evening

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

_____

☒ No, I have not attached any supporting documents. Reason: None needed at this time

_____

Patient/Inmate Signature: Manuel Hernandez   Date Submitted: 02-22-14

| M.H | By placing my initials in this box, I waive my right to receive an interview. |

---

C. First Level - Staff Use Only
This appeal has been:    Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) : Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter): Date: _____

☒ Accepted at the First Level of Review
Assigned to: S. Murakonda   Title: P+S   Date Assigned: 3/3/14   Date Due: 4/14/14

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 3-14-14   Interview Location: Clinic

Your appeal issue is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: S. Murakonda (Print Name)   Title: P+S   Signature: _____   Date completed: 3/18/14

Reviewer: J.M. Lee (Print Name)   Title: CMF   Signature: _____

Date received by HCAC: 3/3/14

HCAC Use Only
Date mailed/delivered to appellant: 3/24/14

STATE OF CALIFORNIA
PATIENT/INMATE APPEAL
CDCR 602 HC (REV. 04/11)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

On 03/28/14 Dr. MuraKonda called me into her office to inform me that her request of 03/14/14 to allow me to see the General Surgeon had been denied thereby making her response to this 602 void. I am again asking to see a surgeon and a pain specialist and for my medication to be adjusted to twice daily.

Patient/Inmate Signature: _____  Date Submitted: 04/12/14

E. Second Level - Staff Use Only          Staff – Check One: Is CDCR 602-A Attached?  ☑Yes ☐No
This appeal has been:
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction): Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter): Date: ___
☑ Accepted at the Second Level of Review
Assigned to: Dr. Lee   Title: CME   Date Assigned: 4/17/14  Date Due: 5/29/14
Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of interview: ___   Interview Location: ___
Your appeal issue is: ☐Granted ☐Granted in part ☑Denied ☐Other:___
See attached letter. If dissatisfied with Second Level response, complete Section D.
Interviewer: ___ Title: ___ Signature: ___ Date completed: 4/23/14
Reviewer: J. M. Lee (Print Name)  Title: CME  Signature: ___
Date received by HCAC: 4/17/14   HCAC Use Only  Date mailed/delivered to appellant: 4/23/14

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, Office of Third Level Appeals, Building C, P.O. Box 588500 Elk Grove CA, 95758. If you need more space, use Section F of the CDCR 602-A.

Dr. Lee's and the IUM's disapproval of the doctors judgment as medically necessary treatment made on 3-14-2014 first level appeal, for general surgery is not legally valid nor permissible under CCR 3350(a). Due my evaluation prior to my transfer to
Patient/Inmate Signature: Manuel Hernandez   Date Submitted: 4/23/14

G. Third Level - Staff Use Only
☐ Rejected (See attached letter for instruction): Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter): Date: ___
☑ Accepted at the Third Level of Review
Your appeal is ☐Granted ☐Granted in part ☑Denied ☐Other:___
See attached Third Level response.
Third Level Use Only  Date mailed/delivered to appellant: JUL 0 7 2014

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient/Inmate Signature: ___  Date Submitted: ___
Print Staff Name: ___ Title: ___ Signature: ___ Date: ___

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 1/15/2014 11:19:21 AM

Page 1 of 2

**Patient (DOB): HERNANDEZ, MANUEL (6/8/1983)**
**CDCR#: ab3299    Unit#: B  004  1004004L**

CHUCKAWALLA VALLEY STATE PRISON
Patient Labels in: ENGLISH

| Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☑ Renew ☐ Stop  OXcarbazepine 300 mg tablet  (oxcarbazepine 300 mg tablet ud) SIG: CRUSH AND FLOAT GIVE 300MG BY MOUTH TWICE A DAY (DX: LEFT ABDOMINAL PAIN) AUTO REFILL **DOT** NOW-DOT | 1/2/2014 | 1/2/2014 | 4/2/2014 | 196270681-1  MURAKONDA-MD, S. | 2 | 60 | 30 |
| ☐ Renew ☐ Stop  SELENIUM SULFIDE 2.5 % SUSPENSION  (selenium sulfide 2.5 % lotion) SIG: SHAMPOO DAILY, LEAVE LATHER ON THE TORSO AND ARM FOR FIVE MINUTES THEN RINSE **REQUEST REFILL** NOW-KOP | 12/30/2013 | 12/30/2013 | 3/4/2014 | 196270453-1  KRPAN-MD, J. | 1 | 120 | 30 |

M. Kalian
Registered Nurse
CVSP/CCHCS

# MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 1/15/2014 11:19:21 AM

**Patient (DOB): HERNANDEZ, MANUEL (6/8/1983)**
**CDCR#: ab3299    Unit#: B  004  1004004L**

CHUCKAWALLA VALLEY STATE PRISON
Patient Labels in: ENGLISH

| Drug Name (Generic Name) | Start Date | Last Dispense | Deactivation Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| ☐ Renew  AMITRIPTYLINE HCL 25 mg TABLET  (amitriptyline hcl 25 mg tab) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME (AT PILL LINE) CRUSH AND FLOAT **NA** AUTO REFILL | 12/2/2013 | ON FILE | 12/26/2013 | 458468598  KRPAN-MD, J. | 0 | 30 | 30 |
| ☐ Renew  MECLIZINE HCL 25 mg TABLET  (meclizine 25 mg tablet) SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY **DOT** FOR 30 DAYS | 6/26/2013 | ON FILE | | 458212596  SMITH-MD, S. | 1 | 90 | 30 |
| ☐ Renew  NYSTATIN/TRIAMCINOLONE ACETONIDE 100,000 unit/gram-0.1 % CREAM (G)  (nystatin-triamcinolone cream) SIG: APPLY TO AFFECTED AREA EVERY OTHER DAY | 1/5/2011 | ON FILE | 1/5/2011 | 456096104  KRPAN-MD, J. | 0 | 30 | 30 |

☻ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

Allergies:  No Known Drug Allergies

S. Murakonda                           1-16/14

SUBSTITUTION PERMITTED              DATE / TIME         PROV#         DEA# REQUIRED FOR
SIGNATURE                                                             CONTROLLED SUBSTANCES

MEDICATION RECONCILIATION

* * * SEND TO PHARMACY ONCE COMPLETE * * *

Confidential Saved 2014-01-16T22:41:17Z

"NF" - Nonformulary Medication
1/15/2014 11:19:21 AM

STATE OF CALIFORNIA
**PRIMARY CARE PROVIDER PROGRESS NOTE**    Pain 10/10    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 7230-M (08/09)

Page 1 of 1

DATE: 1/2/2014    TIME: 1042    AGE: 30    UHR Present: ☒ Yes ☐ No    MAR Present: ☒ Yes ☐ No

| Temp: 98⁸ | Pulse: 79 | BP: 121/78 | RR: 18 | 100% | Ht: 5'6" | Wt: 172 | BMI: 27 |

Chief Complaint: new arrival / f/u general surgery    Allergies: ☒ NKA    Signature/Title: K Dung[?]

SUBJECTIVE:

30 y/o new arrival

| | OBJECTIVE: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☐ | ☐ | | 7. | Musculoskeletal | ☐ | ☐ | 10/18/13 |
| 2. | HEENT/Neck | ☐ | ☐ | | 8. | Skin/Ext. | ☐ | ☐ | CMP (A) |
| 3. | Cardio | ☐ | ☐ | | 9. | Neurological | ☐ | ☐ | Total bil 1.3 |
| 4. | Pulmonary | ☐ | ☐ | | 10. | Psychiatric | ☐ | ☐ | uric acid 5.4 |
| 5. | Abdomen | ☐ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | ESR 2 |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | CCST 12 |
| | | | | | | | | | LD 147 |
| | | | | | | | | | U/A ⊖ |
| | | | | | | | | | CBC (A) |

ASSESSMENT/PLAN: For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

① Ⓐ LⓇ abdominal wall pain

→ D/c Elavil

Trileptal BID
    24/0 daily

Dictated
862736

PATIENT EDUCATION: ☐ Patient able to verbalize understanding of A/P ☒ Meds ☐ Lab/Study Results ☐ Diet ☒ Exercise ☐ Wt. Mgmt. ☐ Smoking

Self Management Goal(s):

Next Visit: 30 Days    S. Murakonda,
Primary Care Provider (Print Name/Title):    CVSP Corr. [?]

Primary Care Provider Signature:

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| | ☐ Other* | *See chrono/notes |
| 4. Comments: | 4.8¹ | |

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

AB3299
Hernandez, Manuel
c/ 8/83
CVSP [?]

Confidential Save Date: 04-04-14 22:41:17Z

California Correctional Health Care Services

CHUCKAWALLA VALLEY STATE PRISON

## MEDICAL PROGRESS NOTE

| **NAME:** HERNANDEZ, MANUEL | **CDCR#:** AB3299 | **DATE OF SERVICE:** 01/02/2014 |
|---|---|---|
| **DATE OF BIRTH:** 06/08/1983 | **HOUSING:** B 004 1004004U | **PAROLE DATE:** 01/04/2022 |

TB CODE: 22

TIME:

Test of Adult Basic Education (TABE) score is 4.8.

CHIEF COMPLAINT: The patient-inmate is a 30-year-old male, new arrival to Chuckawalla.

SUBJECTIVE: The patient is a 30-year-old, who is a new arrival to Chuckawalla. He reports having this left lower quadrant pain, basically at the surgical incisional site, for the past 2 years and getting worse for the past 4 months. When he was at Jamestown, he was worked up with 2 CT scans and a surgical evaluation. The pain was relieved by doing nerve block for a short period. He was last seen in the Surgical Clinic in November 2013 and the impression was nonsurgical, probably neuropathic pain, and they recommended Neurontin at that time. He was taking amitriptyline before coming here for the past 3 or 4 months, and today he reports that the pills are not helping; it helps for a few hours, but right away it comes back. He reports that the pain is like a stinging burning pain and sometimes when he has this pain, he reports it was spreading all over the body with a heat-like feeling and also nausea. He denies any vomiting, constipation, diarrhea or dysuria. His appetite is good. His weight has been stable.

PAST MEDICAL HISTORY:
1. History of chronic left lower quadrant pain for 2 years.
2. Tinea versicolor.
3. Reticulated papillomatosis treated in 2011.
4. H. pylori infection treated in 2011.
5. Gastroesophageal reflux disease.
6. Constipation.

PAST SURGICAL HISTORY: Laparoscopic appendectomy in January 2011.

MEDICATIONS: His Medication Administration Record (MAR) is reviewed.

**ALLERGIES: none**

SOCIAL HISTORY: Tobacco: Denies. Alcohol: Occasional use. Drugs: Uses crack cocaine, denies intravenous drug use.

FAMILY HISTORY: None.

OBJECTIVE: VITAL SIGNS: Temperature 98.8, pulse 79, blood pressure 121/78, respiratory rate 18. O2 saturation is 100%. Height 5 feet 6 inches. Weight 172 pounds. Body mass index is 27. GENERAL: Well built and well nourished with mild apparent distress, holding his left lower quadrant with both hands. SKIN: Abdomen: Post incision scars, one in the left lower quadrant, one in the right upper quadrant, and one over the umbilical area. HEENT: Pupils are equal, round and reactive to light and accommodation. Extraocular movements are intact. NECK: Supple. No masses. LUNGS: Clear to auscultation bilaterally. HEART: S1, S2 heard. Regular rate and rhythm. ABDOMEN: Soft with tenderness in the left lower quadrant. GENITOURINARY: Tenderness also in the left groin area. No masses felt. Both groins: There are no masses. Negative for cough impulse . Scrotum and testes: Normal size. Penis: Uncircumcised. No lesions. MUSCULOSKELETAL: Bilateral hips and legs with full range of motion, no limitations. NEUROLOGICAL: No gross focal deficits.

LABORATORY DATA: From 10/18/2013, his CMP was normal except for a total bilirubin of 1.3, uric acid 5.4, ESR 2, GGT 12, LD 147. Urine and CBC were normal.

DICTATED BY Sitaravamma Murakonda, MD
HERNANDEZ MANUEL

Confidential Saved 2014-01-16T22:41:17Z

AB3299

California Correctional Health Care Services

CHUCKAWALLA VALLEY STATE PRISON

ASSESSMENT/PLAN: Left lower quadrant abdominal wall pain, possible neuropathic pain. Negative work up in the past. He reports that Elavil is not helping. Today, I discussed with him other options and he agreed to take Trileptal. We will start him on Trileptal 300 mg b.i.d. He also requests a low bunk Chrono, and 7410 was updated for a lower bunk. We will re-evaluate in 30 days for the pain.

EDUCATION: His TABE score is 4.8. All of his questions were answered. Simple language was used. No communication issues noted.

FOLLOWUP: As above.

DISABILITY CODE:
() TABE score less than 4.0
() DPH () DPV () LD
() DPS () DNH
() DNS () DDP

ACCOMMODATION:
() Additional time
() Equipment () SLI
() Louder () Slower
(X) Basic () Transcribe
() Other*

EFFECTIVE COMMUNICATION:
(X) Patient-inmate asked questions.
() Patient-inmate summed information
PLEASE CHECK ONE
() Not reached*   (X) Reached
   *See Chrono/notes

COMMENTS:



Sitaravamma Murakonda, MD
Digitally Authenticated on 1/9/2014 9:02 AM

SM/sz  D: 01/02/2014 11:56:00 am          T: 01/08/2014 12:41:47 pm          Job #: 862736

California Correctional Health Care Services                                  SIERRA CONSERVATION CENTER

## MEDICAL PROGRESS NOTE

| **NAME:** HERNANDEZ, MANUEL | **CDCR#:** AB3299 | **DATE OF SERVICE:** 12/02/2013 |
| **DATE OF BIRTH:** 06/08/1983 | **HOUSING:** C  005 2203001L | **PAROLE DATE:** 01/04/2022 |

TB CLASSIFICATION 22

TIME: 9:00 a.m.

Test of Adult Basic Education (TABE) score 4.8.

CHIEF COMPLAINT: This is followup on a Request for Services (RFS) visit.

SUBJECTIVE: The patient is a 30-year-old Hispanic male who has a history of reticulated papillomatosis and was treated for quite some time with oral ketoconazole. He has been having followup appointments with Telemedicine Dermatology at UC Davis and his symptoms have improved and he is not longer taking ketoconazole. He is presently on triamcinolone 0.1% cream and selenium sulfide 2.5% cream.

The patient had a laparoscopic appendectomy in January 2011 and since that time has been having left lower quadrant abdominal pain. The pain seems to be localized near one of the laparoscopic incision sites in the left lower quadrant. He had been sent out to get a CT scan in 2012 I believe and that was normal. He has continued to have symptoms and actually went man-down and was sent to the local ER where they did a workup and found no source for his discomfort. He subsequently had a surgical consultation and the impression from the surgical consultation is his pain is coming from the surgical site in the left lower quadrant, believed to be nerve-related from the surgical site, and he was given a Marcaine injection which he says helped for several days but then his pain returned. Per the surgical consultation, this is not a surgical case and there is no surgical correction for this discomfort.

MEDICATIONS:
1. Selenium sulfide 2.5% suspension.
2. Triamcinolone 0.1% cream.
3. New medication today: Amitriptyline 25 mg 1 p.o. Direct Observation Therapy (DOT) bedtime Pill Line.

**ALLERGIES: NO KNOWN DRUG ALLERGIES.**

REVIEW OF SYSTEMS: HEENT: He denies any problems. CARDIOVASCULAR: Denies any problems. RESPIRATORY: Denies any problems. GASTROINTESTINAL: He continues to complain of left lower quadrant pain. He says sometimes the pain is so bad that he has emesis. He also has some pain sometimes with defecation. As a general rule, he has no difficulty eating and no difficulty stooling.

OBJECTIVE: VITAL SIGNS: Temperature 97.9, pulse 57, respiratory rate 18, blood pressure 108/72, oxygen saturation 100% on room air. Weight 175 pounds. He is 5 feet 5 inches tall that gives him a body mass index of 29. GENERAL: He is alert and oriented, cooperative with the examination, in no acute distress. SKIN: His reticulated papillomatosis is markedly improved. HEENT: Normocephalic, atraumatic. LUNGS: Clear to auscultation. HEART: Asymptomatic bradycardia. ABDOMEN: Focused to the left lower quadrant. On palpation of the area around the surgical incision from his previous laparoscopic surgery, he is tender. There is a fullness on palpation that is probably just scar tissue given two normal CT scans previously.

ASSESSMENT/PLAN:
1. RFS followup from General Surgery consultation.
2. Left lower quadrant tenderness believed to be nerve-related from his previous laparoscopic appendectomy. He has had recent surgical consultation and is not believed to be a surgical candidate for this problem. He has now had two CT scans to evaluate this area and there are no obvious abnormalities. Discussed trying him on amitriptyline to try and prevent some nerve pain and he is in agreement with that. He understands he will have to go to the Pill Line at night. The plan will be to see him back after the first of the year to see how he is responding to amitriptyline.

RECEIVED DEC 1 0 2013

DICTATED BY John Krpan, DO
HERNANDEZ MANUEL                                         Confidential Saved 2014-01-16T2 AB3299Z

California Correctional Health Care Services

SIERRA CONSERVATION CENTER

3. Reticulated papillomatosis. He is off his ketoconazole now. He continues on selenium sulfide and triamcinolone cream. Condition is markedly improved.

EDUCATION: The patient was educated on the new medication and that he will have to go to the Pill Line.

DISPOSITION/FOLLOWUP: I will see him back after the first of the year to see if this medication is helping him.

DISABILITY CODE:
() TABE  score less than 4.0
() DPH () DPV () LD
() DPS () DNH
() DNS () DDP

ACCOMMODATION:
() Additional time
() Equipment () SLI
() Louder () Slower
() Basic () Transcribe
() Other*

EFFECTIVE COMMUNICATION:
() Patient-inmate asked questions.
() Patient-inmate summed information
PLEASE CHECK ONE
() Not reached*   () Reached
   *See Chrono/notes

COMMENTS:

X JBK
_____
John Krpan, DO
Digitally authenticated on 12/10/2013 12:23 PM

JK/sg   D: 12/02/2013 09:47:00 am          T: 12/06/2013 01:19:23 pm          Job #: 841617

DICTATED BY John Krpan, DO
HERNANDEZ MANUEL          DOB:  06/08/1983          Page 2 of 2

RECEIVED DEC 1 0 2013

DOS: 12/02/2013  Saved 2014-01-16T2...3297Z

| DATE | TIME |
|------|------|
| 11/6/13 | 1400 |

Rover

(S) Sent to ED yesterday for severe LLQ abd pain. Off + on x 3 months. No cause found. He still claims he gets intense pain + it feels like something is going to burst, "like gas bubble".

(O) Appears comfortable. VSS. Afebrile. Abd soft + NT.

ED Records — states very plainly that no cause for the pain could be found. They questioned opiate withdrawal (unlikely) or gastroenteritis because of newish diarrhea. All labs, CT scan were normal. A surgeon saw him + found nothing.

(A/P) "Abdominal Pain" — no cause found. ? gas. Pt has a pending surgery RFS for possible hernia, none found will cancel RFS. (E) Discussed findings. No barriers to EC. Will F/U c̄ PCP

INSTITUTION: SCC

HOUSING UNIT:

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hernandez Manuel
AB3299

6/8/83

RECEIVED NOV 07 2013