**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ, | Case No. ED CV 14-02380 JFW (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| S. MURAKONDA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice and without leave to amend.

DATED: January 22, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE